UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. BRADLEY, JR.,

    Plaintiff,

v.                                               Case No. 16-10722

CENTERRA GROUP,

    Defendant.
    _____/

**ORDER OF DISMISSAL**

On June 30, 2016, the court ordered Plaintiff James R. Bradley, Jr. to show cause in writing by June 27, 2003 why his case should not be dismissed in its entirety for lack of prosecution and failure to respond. (Dkt. # 10.)

Although three weeks have passed since his response was due, Plaintiff has not answered the court's order. Accordingly,

IT IS ORDERED that Plaintiff's Complaint (Dkt. # 1-1) is DISMISSED WITHOUT PREJUDICE.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 29, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 29, 2016, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522